Exhibit B to the Complaint

**U.S. Patent No. 9,300,723 v. Wondershare Technology Group Co Ltd**

**Claims 22, 24, 27, 29, 30.**

Exhibit B to the Complaint

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [22.P] A method of transferring a media file from a wireless mobile device to a media system over a communication network, the media system including a security measu | Wondershare ("Company") performs and/or induces others to perform a method of transferring a media file from a wireless mobile device to a media system over a communication network, the media system including a security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Company provides a MobileTrans App, a data transfer application installed on both Android phone and iPhone. The MobileTrans App utilizes a wireless internet connection ("communication network") that allows the iPhone ("wireless mobile device") to send files ("transferring a media file") to the Android phone ("media system").<br><br>Furthermore, the Android phone and the iPhone do not require users to input the email and the password every time they communicate. Instead, the email and password input are necessary ("security measure") during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the email and password. |

Exhibit B to the Complaint

re,
compr
ising:



Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html (annotated)

3

Exhibit B to the Complaint

### 📭 File Transfer: Easily Transfer Multiple Files

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:07

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:09

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:10

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:11

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:14

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:16

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:17 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:19

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:20

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:21

Exhibit B to the Complaint



Source: https://accounts.wondershare.com/web/login-new?_gl=1%2a1p2a9bm%2a_gcl_au%2aMjAxMzkyNTU2NC4xNzAyODg0MDc3%2a_ga%2aMTEyMjM1MjAwNC4xNzAyODg0MDc5%2a_ga_24WTSJBD5B%2aMTcwMzgzMDY4My42LjAuMTcwMzgzMDY5MS41Mi4wLjA.&_ga=2.259574346.1909711405.1703824421-1122352004.1702884079 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [22.1] disposing the media | Company performs and/or induces others to perform the step of disposing the media system in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network, wherein the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system. |
|---|---|

Exhibit B to the Complaint

| system in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the MobileTrans App is installed on both Android phone ("media system") and iPhone (wireless mobile device). The phones utilize the file transfer feature to send/receive files via a WLAN connection ("interactive computer network"). The Android phone makes use of the WLAN connection for wirelessly transmitting files to the nearby ("wireless range") iPhone. The Android phone needs to scan a QR code ("authorized access") through the MobileTrans app to establish a connection with the nearby ("wireless range") iPhone. After a successful scan, the Android phone transfers the files to the iPhone through the established WLAN connection. Additionally, if the user cannot connect through QR code scanning, the MobileTrans app offers a functionality where the Android phone can connect to a local wireless internet connection. To connect to a local wireless router, the user must input a username and password for authorized access. Since wireless routers have an inherent wireless range. Given that the WLAN connection has a defined range, and the Android phone establishes the WLAN connection while the iPhone connects to the established WLAN for receiving files. Therefore, it would be apparent to a person of ordinary skill in the art that the iPhone is disposed within said wireless range and it is detectable by the Android phone.<br><br><br><br>Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html (annotated) |

Exhibit B to the Complaint

wherein the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system,



📁 **File Transfer: Easily Transfer Multiple Files**

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

media system

Identify Target Device

Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:10 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:11 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:14 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:16 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:17 (annotated)

Exhibit B to the Complaint



media system disposed in an accessible relation

Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:19 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:20

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [22.2] initially disposing at least one digital media | Company performs and/or induces others to perform the step of initially disposing at least one digital media file on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the iPhone ("wireless mobile device") utilizes the WLAN connection for wirelessly sending ("initially disposing") the files ("digital media file") to the nearby ("wireless range") Android phone ("media system"). It would be apparent to a person of ordinary skill in the art that the Android phone ("media system") being structured to detect said wireless mobile device. |
|---|---|

Exhibit B to the Complaint

| file on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range, |  |
| --- | --- |

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html (annotated)

📧 **File Transfer: Easily Transfer Multiple Files**

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:10 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:11 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:14 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [22.3] structuring a communication link to dispos | Company performs and/or induces others to perform the step of structuring a communication link to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user initiates the login process to their Wondershare account using the Android phone ("media system"). This involves entering login credentials such as email and password. After the login process, the Android phone ("media system") displays the QR code, which is then scanned by the iPhone ("wireless mobile device") to establish a connection with the Android |

Exhibit B to the Complaint

| e said media system and said wireless mobile device in a communicat-ive relation with one another via said at least one interactive computer network, | phone through a WLAN ("interactive computer network"). Consequently, this procedure establishes a communication channel ("structuring a communication link to dispose") between the Android phone and the iPhone. |
|---|---|

Source: https://accounts.wondershare.com/web/login-new?_gl=1%2a1p2a9bm%2a_gcl_au%2aMjAxMzkyNTU2NC4xNzAyODg0MDc3%2a_ga%2aMTEyMjM1MjAwNC4xNzAyODg0MDc5%2a_ga_24WTSJBD5B%2aMTcwMzgzMDY4My42LjAuMTcwMzgzMDY5MS41Mi4wLjA.&_ga=2.259574346.1909711405.1703824421-1122352004.1702884079 (annotated)

Exhibit B to the Complaint

📁 **File Transfer: Easily Transfer Multiple Files**

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:10 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:14 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:16 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:17 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:19 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [22.4] initiating said communication link by said media | Company performs and/or induces others to perform the step of initiating said communication link by said media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user of Android phone ("media system") initiates login process by inputting the login credentials such as email and password. This process established the communication channel between the Android phone and the iPhone. |
| --- | --- |

Exhibit B to the Complaint

system
,



Source:                                                                    https://accounts.wondershare.com/web/login-new?_gl=1%2a1p2a9bm%2a_gcl_au%2aMjAxMzkyNTU2NC4xNzAyODg0MDc3%2a_ga%2aMTEyMjM1MjAwNC4xNzAyODg0MDc5%2a_ga_24WTSJBD5B%2aMTcwMzgzMDY4My42LjAuMTcwMzgzMDY5MS41Mi4wLjA.&_ga=2.259574346.1909711405.1703824421-1122352004.1702884079 (annotated)

⊡ **File Transfer: Easily Transfer Multiple Files**

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Exhibit B to the Complaint

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:10 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:14 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:16 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:17

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:19 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [22.5] transmitting by said wireless mobile device | Company performs and/or induces others to perform the step of transmitting by said wireless mobile device to the media system said at least one digital media file therebetween via said communication link.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, in file transfer feature, the iPhone ("wireless mobile device ") utilizes the established communication channel to send ("transmitting") files ("digital media file") to the iPhone ("media system"). |

Exhibit B to the Complaint



to the media system said at least one digital media file thereb etwee n via said comm unicati on link, and

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html (annotated)

📨 **File Transfer: Easily Transfer Multiple Files**

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:11 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:19

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:20

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [22.6] wherein said communication link is structured to bypass | Company performs and/or induces others to perform the step of wherein said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Android phone and the iPhone do not require users to input the email and the password ("security measure") every time they communicate. Instead, the email and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the email and password. Therefore, upon information and belief, the communication link is structured to bypass the security measure of the media system. Furthermore, |

Exhibit B to the Complaint

| | |
|---|---|
| the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, | the iPhone utilizes the communication channel exclusively for transmitting the files to the Android phone ("bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file"). The Android phone display the files which are received from the iPhone.<br><br><br><br>Source:                                               https://accounts.wondershare.com/web/login-new?_gl=1%2a1p2a9bm%2a_gcl_au%2aMjAxMzkyNTU2NC4xNzAyODg0MDc3%2a_ga%2aMTEyMjM1MjAwNC4xNz AyODg0MDc5%2a_ga_24WTSJBD5B%2aMTcwMzgzMDY4My42LjAuMTcwMzgzMDY5MS41Mi4wLjA.&_ga=2.25957 4346.1909711405.1703824421-1122352004.1702884079 (annotated) |

Exhibit B to the Complaint

| | |
|---|---|
| and displaying the at least one digital media file on, the media system. | **📁 File Transfer: Easily Transfer Multiple Files**<br><br>## Share files from one device with any other. Effortlessly and wirelessly<br><br>Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.<br><br>Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html<br><br><br><br>Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:14 (annotated) |

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:16 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:17

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:19

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [24] The method of claim 22, wherein the transmission | Company performs and/or induces others to perform the step of transmission of the at least one digital media file from the wireless mobile device to the media system completely bypasses the security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Android phone and the iPhone do not require users to input the email and the password ("security measure") every time they communicate. Instead, the email and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the email and password. Therefore, upon information and belief, the channel created between the iPhone and the Android phone bypass the security measure. |
| --- | --- |

Exhibit B to the Complaint

| of the at least one digital media file from the wireless mobile device to the media system completely bypasses the security measure. |  |

Source: https://accounts.wondershare.com/web/login-new?_gl=1%2a1p2a9bm%2a_gcl_au%2aMjAxMzkyNTU2NC4xNzAyODg0MDc3%2a_ga%2aMTEyMjM1MjAwNC4xNzAyODg0MDc5%2a_ga_24WTSJBD5B%2aMTcwMzgzMDY4My42LjAuMTcwMzgzMDY5MS41MS4wLjA.&_ga=2.259574346.1909711405.1703824421-1122352004.1702884079 (annotated)

Exhibit B to the Complaint



Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html (annotated)

**File Transfer: Easily Transfer Multiple Files**

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:14 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:16 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:17 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:19 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:20

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [27] The method of claim 22, wherein the communicati | Company performs and/or induces others to perform the step of the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the iPhone transmits the files to the nearby Android phone using the WLAN connection ("WiFi connection"). |

Exhibit B to the Complaint

on link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection.



Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:14 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:16 (annotated)

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:17 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [29] The method of claim 22, further compr ising | Company performs and/or induces others to perform the step of presenting the at least one digital media file on a display. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, the Android displays ("presenting") the received files ("digital media file"). |
| --- | --- |

Exhibit B to the Complaint

| | |
|---|---|
| presenting the at least one digital media file on a display. |  |

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html (annotated)

**📧 File Transfer: Easily Transfer Multiple Files**

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

Exhibit B to the Complaint



Source: https://www.youtube.com/watch?v=WuBk-YjJll4, at 0:20

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [30] The method of claim 22, wherein the at least one | Company performs and/or induces others to perform the step of at least one digital media file is provided by the wireless mobile device. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the iPhone ("wireless mobile device") transmits the files ("at least one digital media file") to the Android phone. |

Exhibit B to the Complaint

| digital media file is provided by the wireless mobile device. |  |

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html (annotated)

📧 **File Transfer: Easily Transfer Multiple Files**

## Share files from one device with any other. Effortlessly and wirelessly

Transfer files across different platforms without the Internet and allows file-sharing nearby and remotely.

Source: https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

Exhibit B to the Complaint

## 2. List of References

1. https://mobiletrans.wondershare.com/app/phone-to-phone-transfer-app.html, last accessed on December 29, 2023.
2. https://accounts.wondershare.com/web/login-new?_gl=1%2a1p2a9bm%2a_gcl_au%2aMjAxMzkyNTU2NC4xNzAyODg0MDc3%2a_ga%2aMTEyMjM1MjAwNC4xNz AyODg0MDc5%2a_ga_24WTSJBD5B%2aMTcwMzgzMDY4My42LjAuMTcwMzgzMDY5MS41Mi4wLjA.&_ga=2.25957 4346.1909711405.1703824421-1122352004.1702884079, last accessed on December 29, 2023.
3. https://www.youtube.com/watch?v=WuBk-YjJll4, last accessed on December 29, 2023.
4. https://mobiletrans.wondershare.com/phone-to-phone-transfer.html, last accessed on December 29, 2023.
5. https://mobiletrans.wondershare.com, last accessed on December 29, 2023.