## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Marshall Division - Eastern District of Texas

Case Number: 2:24-CV-00046

Plaintiff:
**Display Technologies, LLC**

vs.

Defendant:
**Wondershare Technology Group CO LTD**

For:
Garteiser Honea, PLLC
119 W. Ferguson St.
Tyler, TX 75702

Received by Dane Ray Cuppett on the 29th day of January, 2024 at 9:34 am to be served on **Wondershare Technology Group Co Ltd by serving its registered agent, Corporation Service Company, 211 E 7th St, Ste 620, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **29th day of January, 2024** at **3:29 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date of delivery endorsed thereon by me, to **Latoya Sorrells, Corporation Service Company** as the designated agent to accept delivery of process at the address of **211 E 7th St, Ste 620, Austin, Travis County, TX 78701** on behalf of **Wondershare Technology Group Co Ltd** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 29th day of January, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/2025

Date: 1/29/2024

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: ATX-2024001181
Ref: Display Technologies, LLC v. Wondershare

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m