# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC<br>         Plaintiff,<br><br>    v.<br><br>WONDERSHARE TECHNOLOGY GROUP CO. LTD.<br><br>         Defendant. | Case No. 2:24-cv-00046-JRG-RSP |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
### WONDERSHARE TECHNOLOGY GROUP CO LTD.

The undersigned attorney, Darlene F. Ghavimi, hereby enters a Notice of Appearance as counsel of record on behalf of Defendant, Wondershare Technology Group CO LTD., in this case and is authorized to receive service of all pleadings, notices, orders and other papers in the above referenced captioned matter on behalf of the aforementioned parties.

Dated: February 20, 2024                                  Respectfully submitted,

                                                          */s/ Darlene F. Ghavimi*_____
                                                          Darlene F. Ghavimi
                                                          TX Bar No. 24072114
                                                          **K&L GATES LLP**
                                                          2801 Via Fortuna, Suite #650
                                                          Austin, Texas 78746
                                                          Darlene.Ghavimi@klgates.com

                                                          **ATTORNEY FOR DEFENDANT**
                                                          **WONDERSHARE TECHNOLOGY**
                                                          **GROUP CO LTD.**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically via the Court's CM/ECF filing system. Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 20th day of February, 2024.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi