UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 2:24-CV-00046

Name of party requesting extension: Wondershare Technology Group CO LTD

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second

☐ Third

☐ Other _____

Date of Service of Summons: 01/29/2024

Number of days requested:   ☑ 30 days

☐ 15 days

☐ Other _____ days

New Deadline Date: 3/21/2024   *(Required)*

---

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Darlene F. Ghavimi

State Bar No.: 24072114

Firm Name: K&L Gates LLP

Address: 2801 Via Fortuna, Ste. 650

Austin, TX 78746

Phone: 512-482-6919

Fax:

Email: darlene.ghavimi@klgates.com

---

A certificate of conference does not need to be filed with this unopposed application.