# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WONDERSHARE TECHNOLOGY GROUP CO LTD,<br><br>        Defendant. | CIVIL ACTION NO. 2:24-cv-00046 |

**DECLARATION IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR INSUFFICIENT
SERVICE OF PROCESS UNDER FED. R. CIV. P. 12(b)(5)**

I, Meifeng Li, declare as follows:

1.      I am over the age of 18 years and competent to testify in matters contained in this Declaration. I provide this testimony based upon my personal knowledge. If called to testify, I would do so as set forth in this Declaration.

2.      I am Senior Legal Counsel of Wondershare Technology Group Co Ltd. ("Wondershare"), defendant in this action.

3.      Wondershare is a company organized under the laws of China with its principal place of business in Shenzhen, Guangdong, China.

4.      Wondershare is not registered to do business in the State of Texas.

5.      Wondershare has not engaged Corporation Service Company ("CSC") to act as its authorized agent for service of process in the United States.

6.      Wondershare has no agent authorized to accept service of process on Wondershare in

the United States.

      This 21 day of March, 2024, I declare, under the penalty of perjury, that the foregoing is true and correct.

*Meifeng Li*

Meifeng Li

Senior Legal Counsel