# EXHIBIT B



**HZC**
**Transmittal Number: 28431128**

# Rejection of Service of Process

**Return to Sender Information:**

Randall Garteiser null
Garteiser Honea, PLLC
119 W Ferguson Street
Tyler, TX 75702


**Date:**            01/31/2024
**Party Served:**      Wondershare Technology Group Co Ltd
**Title of Action:**    Display Technologies, LLC vs. Wondershare Technology Group Co Ltd.
**Case/Reference No:**   2:24-cv-00046-JRG-RSP


The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:


According to the Secretary of State or other appropriate state agency, the party served is not qualified to do business in the jurisdiction served. CSC is only authorized to receive service of process on behalf of entities that specifically name it as registered/statutory agent within the jurisdiction where service of process occurs. Please review the records at the Secretary of State or other appropriate state agency to identify the proper name within the jurisdiction for the entity you are trying to serve.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.


251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882  |  sop@cscglobal.com