UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>WONDERSHARE TECHNOLOGY GROUP CO LTD.,<br><br>      Defendant. | Case No. 2:24-cv-00046<br><br>Jury Trial Demanded |

### MOTION TO WITHDRAW PROOF OF SERVICE

Plaintiff Display Technologies, LLC respectfully submits this Motion to Withdraw the proof of service filed at Docket 4, and respectfully submits that it should not be deemed as service of process on Defendant Wondershare Technology Group Co Ltd.

Defendant appeared on February 20, 2024 (Dkt. 5) and filed an Application to Extend the Deadline to Respond until March 21, 2024 (Dkt. 6), on which date Defendant filed a Motion to Dismiss at Dkt. 7.

A corrected Affidavit of Service is here concurrently filed with an effective service date of March 25, 2024.

New and sufficient service filed, Plaintiff now requests the withdrawal of the previous and insufficient service (Dkt. 4).

Respectfully Submitted,

                                        /s/ Randall Garteiser
                                        Randall Garteiser
                                          Texas Bar No. 24038912
                                          rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel is unopposed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 4, 2024.

*/s/ Randall Garteiser*
Randall Garteiser
