UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br><br>   Defendant. | Case No. 2:24-cv-00046<br><br>Jury Trial Demanded |

## ORDER GRANTING MOTION TO WITHDRAW PROOF OF SERVICE

The Court, having considered Plaintiff Display Technologies, LLC's Motion to Withdraw the Proof of Service at Docket No. 4, and Plaintiff having contemporaneously filed a replacement Affidavit of Service, is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.