# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br>      **Plaintiff,**<br>  v.<br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br>      **Defendants.** | **CIVIL ACTION NO. 2:24-cv-00046**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Display Technologies, LLC ("Plaintiff") respectfully submits this Motion for a 14-day Extension of Time to Respond to Wondershare Technology Group Co Ltd.'s ("Defendant" or "Wondershare") Motion to Dismiss, filed at Docket 7.

Plaintiff's Response is currently due April 4, 2024.

Counsel for Plaintiff has conferred with counsel for Defendant, and both have agreed to extend the deadline for Plaintiff to respond to the Motion to April 18, 2024. The present request is not offered for the purpose of delay or advantage.

Dated: April 4, 2024                                          Respectfully Submitted,

/s/ Randall Garteiser
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

/s/ Randall Garteiser
Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

/s/ Randall Garteiser
Randall Garteiser