# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br>　　　　**Plaintiff,**<br>　v.<br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br>　　　　**Defendants.** | **CIVIL ACTION NO. 2:24-cv-00046**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The Court, having considered the Unopposed Motion for an Extension of Time to Respond to Defendant Wondershare Technology Group Co Ltd.'s Motion to Dismiss (Docket No. 7),

GRANTS the Motion.

Accordingly, it is hereby ORDERED that the deadline for the Plaintiff to submit its Response shall be extended up to and including April 18, 2024.

IT IS SO ORDERED.