UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WONDERSHARE TECHNOLOGY GROUP CO LTD.,<br><br>    Defendant. | Case No. 2:24-cv-00046-JRG-RSP |

### ORDER

Before the Court is Plaintiff Display Technologies, LLC's Motion to Withdraw the Proof of Service. (**Dkt. No. 9**.)  Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

**IT IS ORDERED** Plaintiff's Proof of Service at Dkt. No. 4 is deemed **WITHDRAWN**.

SIGNED this 5th day of April, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE