UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br>　　　**Plaintiff,**<br><br>　v.<br><br>**WONDERSHARE TECHNOLOGY GROUP CO LTD.,**<br>　　　**Defendants.** | CASE NO. 2:24-cv-00046-JRG-RSP |

### ORDER

Before the Court is the Unopposed Motion for an Extension of Time to Respond to Defendant Wondershare Technology Group Co Ltd.'s Motion to Dismiss. (**Dkt. No. 10**.) Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the deadline for the Plaintiff to submit its Response shall be extended to April 18, 2024.

**SIGNED this 5th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE