**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, *Plaintiff*, v. ROCHE DIABETES CARE, LTD., *Defendant*. | § § § § § § § | CIVIL ACTION NO. 2:23-cv-00585-JRG-RSP (Lead Case) |

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, *Plaintiff*, v. WONDERSHARE TECHNOLOGY GROUP CO. LTD., *Defendant*. | § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00046-JRG-RSP (Member Case) |

**ORDER**

Before the Court is the Notice of Dismissal ("Notice") filed by Display Technologies, LLC ("Plaintiff"). (Dkt. No. 39.) In the Notice, Plaintiff represents that Defendant Wondershare Technology Group Co. Ltd. is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action between Plaintiff and Wondershare in the above-captioned cases are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** lead case 2:23-cv-00585 but **CLOSE** member case 2:24-cv-00046.

**So ORDERED and SIGNED this 24th day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE